IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC -1 PM 2: 50

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

VS.   NO. 02-20070-Ml

MICHAEL NASH,

    Defendant.

## ORDER ON CONTINUANCE

Before the Court is Defendant Michael Nash's motion to continue the above styled case. The Court finds that said motion is well taken and is hereby granted.

It is, THEREFORE ORDERED, ADJUDGED AND DECREED, that the above styled case be continued until the 6th day of January, 2006, at 2:30 pm.

_____
United States District Judge   Dec. 1, 2005

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 12-1-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 112 in case 2:02-CR-20070 was distributed by fax, mail, or direct printing on December 1, 2005 to the parties listed.

---

Eric Scott Hall
WAGERMAN LAW FIRM
200 Jefferson Ave.
Ste. 1313
Memphis, TN 38103

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT